IN THE OREGON TAX COURT
MAGISTRATE DIVISION
Property Tax

TIM HOLUB and GENELLE HOLUB, )
)
Plaintiffs, ) TC-MD 150386N
)
v. )
)
CLACKAMAS COUNTY ASSESSOR, )
)
)
Defendant. ) **FINAL DECISION OF DISMISSAL**

This Final Decision of Dismissal incorporates without change the court's Decision of Dismissal, entered October 1, 2015. The court did not receive a statement of costs and disbursements within 14 days after its Decision of Dismissal was entered. *See* TCR MD 16 C(1).

This matter is before the court on its own motion to dismiss this case for lack of prosecution.

On August 25, 2015, the court sent the parties a Journal Entry instructing Plaintiffs to file a status report by September 8, 2015. The Journal Entry advised that failure to comply with the deadlines set forth therein might result in dismissal of Plaintiffs' appeal. Plaintiffs' deadline passed and the court did not receive Plaintiffs' status report or any further communication from Plaintiffs.

On September 14, 2015, the court issued an Order stating that Plaintiffs must file a written status report, within 14 days of that Order, or their appeal would be dismissed. Plaintiffs' deadline has passed and the court has not received Plaintiffs' status report or any further communication from Plaintiffs. As a consequence, the court finds this matter should be dismissed for lack of prosecution. Now, therefore,

/ / /

IT IS THE DECISION OF THIS COURT that this matter is dismissed.

Dated this ⎯⎯ day of October 2015.

⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯
ALLISON R. BOOMER
MAGISTRATE

***If you want to appeal this Final Decision of Dismissal, file a Complaint in the Regular Division of the Oregon Tax Court, by <u>mailing</u> to: 1163 State Street, Salem, OR 97301-2563; or by <u>hand delivery</u> to: Fourth Floor, 1241 State Street, Salem, OR.***

***Your Complaint must be submitted within <u>60</u> days after the date of the Final Decision of Dismissal or this Final Decision of Dismissal cannot be changed. TCR-MD 19 B.***

***This document was filed and entered on October 20, 2015.***